RECEIVED
CHARLOTTE, N.C.

MAY -2 2005

Clerk, U.S.
W. Dist. of N.C.

CHARLOTTE, N. C.

JUN 2 8 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR16-V

UNITED STATES OF AMERICA, )
)
v. )   **FINAL ORDER CONFIRMING FORFEITURE**
)
(1) MICHAEL TORIANO MORRIS )
)

On August 19, 2004, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One in the bill of indictment. In that count, defendant was charged with conspiracy to possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. §841(a)(1) and §846.

On October 1, 8, and 15, 2004, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged interest in the property. It appears from the record that no such petitions have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law: $8,950 in United States currency surrendered to the Bureau of Alcohol, Tobacco and Firearms on or about March 13, 2003.

This the 27th day of JUNE, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE